UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| DERRICK MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV619-117 |
| | ) | |
| JOHNSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), doc. 6, to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, Plaintiff's Complaint is **DISMISSED**, and the Clerk of Court is **DIRECTED** to close this case.

**ORDER ENTERED** at Augusta, Georgia, this 27th day of August, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA